UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOSEPH W. DICKEY, PETER CHANG ) <br> and wife, CECILIA CHANG, AND ) <br> TONYA HALL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BULL MOUNTAIN DEVELOPMENT ) <br> CO. NO. 1, LLC and BMP ) <br> INVESTMENTS, LLC ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 3:05-cv-0574 <br> U.S. District Judge Thomas W. Phillips <br> U.S. Magistrate Judge H. Bruce Guyton |

### ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

This matter came before the Court on the motion of Defendant, BMP Investments, Inc. ("**BMP**"), for leave to substitute counsel in this action. Based on the pleadings presented and the record in this case, it appears to the Court that the motion is well founded and should be granted; it is therefore

ORDERED that the motion is granted; and it is further

ORDERED that the withdrawal of the firms of Young, Williams, Kirk & Stone, PC and

- 1 -

Greenbaum, Doll & McDonald, PLLC as counsel for BMP is hereby approved and that the appointment of Harwell Howard Hyne Gabbert & Manner, P.C. as substitute counsel of record for BMP in this case is also approved.

*Thomas W. Phillips*
Thomas Wade Phillips
United States District Court Judge

**APPROVED FOR ENTRY:**

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

s/ Glenn B. Rose
Craig V. Gabbert, Jr. (#4702)
Glenn B. Rose (#10598)
J. David McDowell (#24588)
315 Deaderick Street, Suite 1800
Nashville, TN 37238
Telephone: 615-256-0500
Facsimile: 615-251-1059
Email: cvg, gbr or jdm@h3gm.com

*Proposed Substitute Counsel for Defendant BMP Investments, Inc.*


YOUNG, WILLIAMS, KIRK & STONE, PC

s/ Katherine M. Hamilton
Katherine M. Hamilton, BPR # 010267
P.O. Box 550
Knoxville, TN 37901-0550
Telephone: 865-637-1440
Facsimile: 865-546-9808

GREENBAUM, DOLL & McDONALD, PLLC

s/ H. Buckley Cole
H. Buckley Cole, BPR # 011811
700 Two American Center
3102 West End Avenue

- 2 -

Nashville, TN 37203
Telephone: 615-760-7140
Facsimile: 615-760-7340
*Current Counsel for Defendant Bull Mountain Development Co., No. 1, LLC, and Defendant BMP Investments, Inc.*